**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | |
| | : | **Case No. 5:26-CR-14-CAR-CHW-2** |
| **MACKEAL RAWLS,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**ORDER ON GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE**

Before the Court is the Government's Unopposed Motion to Continue [Doc. 49] Defendant Mackeal Rawls's pre-trial conference scheduled for November 19, 2026, and trial scheduled to begin on December 7, 2026, in Macon, Georgia. On April 15, 2026, the Grand Jury returned a one-count indictment charging Defendant and his Co-Defendant Shemiah Rawls with false statements during acquisition of a firearm from a licensed dealer.[1] On April 30, 2026, both Co-Defendants were arrested, appointed counsel, pled not guilty at their arraignment, and released on bond with conditions pending trial.[2]

On October 28, 2026, the Court granted Co-Defendant Shemiah Rawls's fourth unopposed motion to continue trial to the Court's next-available trial term.[3] Pursuant to 18 U.S.C. § 3161(h)(6), "[a] reasonable period of delay when the defendant is joined for

[1] Doc. 1.
[2] Docs. 11-20.
[3] Doc. 48.

trial with a codefendant as to whom the time for trial has not run and no motion for severance has been granted[]" is excludable from the computation of time.[4] Because "the time for trial has not run" with respect to Co-Defendant Shemiah Rawls, and "no motion for severance has been granted,"[5] the Court **GRANTS** the Government's Motion to Continue [Doc. 49], and **HEREBY ORDERS** that this case be continued until February 9, 2027, the undersigned's next regularly-scheduled term of court for the Macon Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 2nd day of November, 2026.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT

[4] 18 U.S.C. § 3161(h)(6) (providing "[t]he following period[] of delay **shall be excluded**[:] . . . [a] reasonable period of delay when the defendant is joined for trial with a codefendant as to whom the time for trial has not run and no motion for severance has been granted[]") (emphasis added).
[5] 18 U.S.C. § 3161(h)(6). Also, no motion for severance has been filed in this case.